# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Senator Jay Costa, Senator       :
Anthony H. Williams, Senator    :      **CASES CONSOLIDATED**
Vincent J. Hughes, Senator      :
Steven J. Santarsiero and Senate  :
Democratic Caucus,          :
             Petitioners  :
                     :
        v.          :      No. 310 M.D. 2021
                     :
Senator Kim Ward and Senator   :
Jarrett Coleman,           :
             Respondents  :

Commonwealth of Pennsylvania,  :
Pennsylvania Department of State, :
and Leigh M. Chapman, Acting   :
Secretary of the Commonwealth  :
of Pennsylvania,          :
             Petitioners  :
                     :
        v.          :      No. 322 M.D. 2021
                     :
Senator Jarrett Coleman, Senator Kim :
Ward and The Pennsylvania State  :
Senate Intergovernmental Operations :
Committee,            :
             Respondents  :

Arthur Haywood Julie Haywood,  :
             Petitioners   :
                     :
        v.          :      No. 323 M.D. 2021
                     :
Leigh M. Chapman        :
Acting Secretary of State     :
Commonwealth of Pennsylvania,  :
             Respondent   :

**PER CURIAM**                              **O R D E R**

NOW, March 10, 2023, upon consideration of Petitioners' and Intervenors' applications for reargument, and the answers in response thereto, the applications are denied.